# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2015

## NO. 03-14-00740-CR

**Armando Ochoa, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. Therefore, the Court affirms the trial court's judgment of conviction. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment as follows: to reflect that the "Statute for Offense" is "21.01(a)(1), (b)(2)(A) Penal Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.